IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ROCKPOINT GROUP, LLC, | § | |
| | § | No. 4, 2025 |
| Defendant Below, Appellant, | § | |
| | § | Court Below–the Court of |
| v. | § | Chancery of the State of |
| | § | Delaware |
| JONATHAN H. PAUL, | § | |
| | § | C.A. No. 2018-0907 |
| Plaintiff Below, Appellee. | § | |
| | § | |

Submitted: June 25, 2025
Decided: July 7, 2025

Before **SEITZ**, Chief Justice; **VALIHURA** and **GRIFFITHS**, Justices.

## ORDER

After careful consideration of the parties' briefs and the record on appeal, we find it evident that the judgment below should be affirmed on the basis of and for the reasons stated in the Court of Chancery's Order Addressing Interest dated December 9, 2024.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice